# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2402
_____

LAKE COUNTY SHERIFF'S OFFICE
and PREFERRED GOVERNMENTAL
CLAIMS SOLUTIONS/PGCS,

  Appellants,

  v.

SAMMY HART,

  Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Lourdes M. Sancerni, Judge.

Date of Accident: November 29, 2023.

April 15, 2026

PER CURIAM.

  AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Courtney C. Bahe of Public Entity Legal Solutions, Lake Mary, for Appellants.

Megan Oliva Danner of Bichler & Longo, PLLC, Maitland, for Appellee.